IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NANCY MELINDA LOVEJOY,

        **Plaintiff,**

v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

        **Defendant.**

Case No. 25-CV-162-JFH-DES

## OPINION AND ORDER

This matter is before the Court on Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Dkt. No. 17.

On September 2, 2025, the Court entered judgment remanding the decision of the Social Security Administration for further administrative proceedings.  Dkt. No. 16.  On October 2, 2025, Plaintiff filed her motion for attorney fees, seeking $8,069.80 to compensate for 31.40 hours of attorney time.  Dkt. No. 17 at 2.  The Commissioner did not file any objection to Plaintiff's request for $8,069.80 in fees.  Having reviewed the case file, the Court finds that Plaintiff is a prevailing party, that an award of attorney fees is just, and that the requested fees are reasonable and properly documented.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Award of Attorney Fees [Dkt. No. 17] is GRANTED, and Plaintiff is awarded EAJA fees in the amount of $8,069.80 payable to Plaintiff in care of her counsel.  If Plaintiff's counsel also ultimately receives an award of attorney fees under 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Dated this 23rd day of October 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE